# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEISHA BRYANT, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>      vs.<br><br>LANCASTER BEAUTY SCHOOL, INC.,<br><br>    Defendant. | Case No.: 2:25-cv-01614-MRA-MAA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [38]**<br><br>Third-Party Complaint Filed: April 23, 2025<br>Trial Date:    TBD |
| LANCASTER BEAUTY SCHOOL, INC.,<br><br>    Third-Party Plaintiff,<br><br>      v.<br><br>DAYSMART SOFTWARE, LLC, a Delaware Limited Liability Company, and ROES 1 – 5, Inclusive.<br><br>    Third-Party Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On September 19, 2025, the Parties filed a Joint Stipulation of Dismissal with Prejudice in this matter resolving all claims and dismissing the entire case with prejudice.

The Court having reviewed the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the above captioned action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

This Order resolves the last pending claim and shall close this case.

IT IS SO ORDERED.

Dated: September 26, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE